ACCEPTED
12-13-00225-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/21/2015 1:17:36 PM
Pam Estes
CLERK

# Shari Moore

## Attorney at Law

107 E. Tyler St.
Athens, Texas 75751
(903) 675-8005
(903) 675-8006 fax

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/21/2015 1:17:36 PM
PAM ESTES
Clerk

October 21, 2015

Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 W. Front St., Suite 354
Tyler, Texas 75702

Re: Danny Lusk v. The State of Texas,

    Cause Nos. 12-13-00225CR & 12-14-00039-CR

    Trial Court Cause Nos. C-18,897 & C-19, 241

Dear Ms. Lusk:

This letter serves as my certification that on October 15, 2015 I sent the above-referenced appellant a letter complying with Tex. R. App. 48.4. Attached is a copy of the certified mail receipt as well as the return "green" card showing receipt of said letter.

Respectfully,

Shari Moore

SDM:sme

- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**X** ~signature~

B. Received by (Printed Name)  C.

Trina Sims

1. Article Addressed to:

Mr. Denny LUSK, inmate
TDCJ # 01886887 0
Polonsky Unit
3872 FM 350 South
Livingston Texas 77351

D. Is delivery address different from item 1?
If YES, enter delivery address below:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9403 0759 5196 2806 14

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

☐ Priority
☐ Regist
☐ Regist
   Delive
☐ Return
   Merch
☐ Signat
☐ Signat
   Restric

2. Article Number (Transfer from service label)

7015 1730 0001 2803 2640

PS Form 3811



UNITED STATES POSTAL SERVICE

18 OCT '15

First-Cla
Postage
USPS
Permit N

- • Sender: Please print your name, address, and ZIP+4® in this bo

Shari Moore, Attorney at Law
107 E. Tyler St.
Athens Tx 75751

**USPS TRACKING#**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9403 0759 5196 2806 14

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LIVINGSTON, TX 77351

| Certified Mail Fee | $3.45 |
| --- | --- |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

| Postage | $1.64 |
| --- | --- |
| Total Postage and Fees | $7.89 |

Postmark
Here

10/15/2015

Sent To  Denny LUSK, TDCJ # 01886887 0
Street and Apt. No., or PO Box No.  3872 FM 350 South
City, State, ZIP+4®  Livingston, Texas 77351

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions